719 A.2d 1048

TRI–COUNTY INDUSTRIES, INC., and Tri–
County Landfill, Inc. Appellants,

v.

PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL
PROTECTION, an Administrative Agency of the
Commonwealth of Pennsylvania, Appellee.

Supreme Court of Pennsylvania.

Nov. 23, 1998.

## ORDER

PER CURIAM:

AND NOW, this 23 rd day of November, 1998, the order of
the Commonwealth Court is affirmed.